# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-CV-00557-LRH-(VPC)

**ORDER**

    Petitioner having submitted a Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (First Request) (#8), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (First Request) (#8) is **GRANTED**. Petitioner shall have through April 2, 2010, to file an amended petition.

    DATED this 8th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE