# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-CV-00557-LRH-(VPC)

**ORDER**

    Petitioner having submitted a Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Second Request) (#10), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time in Which to File Amended Petition for Writ of Habeas Corpus (Second Request) (#10) is **GRANTED**. Petitioner shall have through May 3, 2010, to file an amended petition.

    DATED this 5th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE