UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-CV-00557-LRH-(VPC)

**ORDER**

    Petitioner has submitted a first amended petition (#12).  The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and respondents will need to respond to it.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer, or otherwise plead to, the first amended petition (#12). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED this 30th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE