# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-CV-00557-LRH-(VPC)

**AMENDED ORDER**

    Petitioner has submitted a first amended petition (#12). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and respondents will need to respond to it.

    IT IS THEREFORE ORDERED, as per prior agreement, that the clerk of court shall add Attorney General Catherine Cortez Masto (listed under Cortez) as counsel for respondents and shall make informal electronic service of this order and the petition upon respondents by directing a notice of electronic filing to her office.

///
///
///
///
///
///
///

1  IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date
2  on which this order is entered to answer, or otherwise plead to, the first amended petition (#12). If
3  respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing
4  Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five
5  (45) days from the date on which the answer is served to file a reply.

DATED this 7th day of October, 2010.

*/s/ Larry R. Hicks*
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE