# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-cv-00557-LRH-VPC

**ORDER**

The court stayed this action while petitioner returned to state court to pursue post-conviction relief. Those proceedings have concluded, and petitioner has submitted a motion to reopen case (#31). Good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion to reopen case (#31) is **GRANTED**. This action is **REINSTATED**.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the first amended petition (#12). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

IT IS FURTHER ORDERED that the exhibits filed in the court's docket at #32 shall be considered as additional exhibits to the first amended petition.

///

///

-2-

1      IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits
2 shall be forwarded—for this case—to the staff attorneys in Las Vegas.
3      DATED this 18th day of December, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE