**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER BROWN,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:09-cv-00557-LRH-VPC

**ORDER**

    Respondents having filed a motion to file late pleading (#34), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion to file late pleading (#34) is **GRANTED**. Respondents shall have through April 3, 2015, to file and serve an answer or other response to the first amended petition (#12).

    DATED this 3rd day of March, 2015.

                                                     LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE